UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SUZANNE MCLEOD, as personal representative
of the Estate of Hansell Bryan Malone III,

    Plaintiff,

v.                                      Case No. 3:09-cv-14246-WGY-HTS

R.J. REYNOLDS TOBACCO COMPANY,
individually and as successor by
merger to the BROWN & WILLIAMSON
TOBACCO CORPORATION and the
AMERICAN TOBACCO COMPANY; PHILIP
MORRIS USA, INC.; and LORILLARD
TOBACCO COMPANY,

    Defendants.

                                                October 29, 2014

## ORDER OF DISMISSAL

Young, D.J.

    This cause is before the Court on the parties' Joint Motion to Dismiss Defendant Lorillard Tobacco Company With Prejudice ("Motion") (Doc. 22), filed on October 27, 2014. Upon review of the Motion, it is hereby

    **ORDERED**:

    Parties' Motion is **GRANTED**. All claims in this case against Defendant Lorillard Tobacco Company are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2). Plaintiff and Lorillard Tobacco Company shall bear their own respective costs, attorneys' fees, and expenses. The Clerk of Court is **DIRECTED** to terminate the duplicate motion filed in the Master

Docket, No. 3:09-cv-10000, Doc. 1695.

**SO ORDERED.**

/s/William G. Young
WILLIAM G. YOUNG[1]
DISTRICT JUDGE

Copies to:

Counsel of Record

---

[1] Of the District of Massachusetts, sitting by designation.