UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| SUZANNE MCLEOD, as personal representative of the ESTATE OF HANSELL BRYAN MALONE III,<br><br>Plaintiff,<br>vs.<br><br>R. J. REYNOLDS TOBACCO COMPANY, *et al.*,<br><br>Defendants. | *December 19, 2014*<br>*Motion allowed in part and denied in part. See edits to deposition.*<br>*William G. Young*<br>*District Judge*<br><br>Case No.: 3:09-cv-14246-WGY-HTS |

**DEFENDANTS' MOTION TO STRIKE NONRESPONSIVE PORTIONS OF THE DISCOVERY DEPOSITION OF PLAINTIFF'S EXPERT
DR. K. MICHAEL CUMMINGS**

This motion arises from the Defendants' discovery deposition of Plaintiff's proffered expert on addiction, Dr. K. Michael Cummings. Dr. Cummings is a professional witness who has testified in more than 70 trials against tobacco companies since the beginning of 2010. As explained in Section I below, he has been admonished by a number of federal judges in these cases for the same behavior that is the subject of this motion. For example, in a single trial, *Young-McCray*, the Court sustained objections or granted motions to strike Dr. Cummings's nonresponsive answers 20 times during his cross examination. He has repeated this same misconduct in trial after trial.

Dr. Cummings is very familiar with the type of admissions that Defendants routinely seek in depositions in *Engle* cases, and he knows very well that those deposition admissions can be used to impeach him at trial. In this case, Dr. Cummings attempted to hijack the discovery process, rendering key portions of his deposition transcript useless for impeachment at trial.