# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

SUZANNE MCLEOD, as personal representative of the ESTATE OF HANSELL BRYAN MALONE III,

        Plaintiff,

vs.

R. J. REYNOLDS TOBACCO COMPANY, *et al*.,

        Defendants.

Case No.: 3:09-cv-14246-WGY-HTS

## JOINT MOTION TO ALLOW ELECTRONIC EQUIPMENT

The Parties jointly move this Court for an Order allowing them to bring electronic equipment into the Courthouse as an exception to the Local Rules of this Court for all hearings and trial in the above-captioned case. A proposed Consent Order Regarding Electronic Equipment is attached as Exhibit A.

Dated:  February 19, 2015

/s/ John T. Spragens
Richard M. Heimann
California Bar No. 063607
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

John T. Spragens
Tennessee Bar No. 31445
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue North
One Nashville Place, Suite 1650
Nashville, Tennessee 37219
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

*Counsel for Plaintiff Suzanne McLeod, as personal representative of the estate of Hansell Bryan Malone III*

/s/ Mark Heise
Mark J. Heise, Esquire
Florida Bar No. 771090
E-mail: mheise@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 537-8400
Facsimile: (305) 539-1307

James Lee, Esquire
Florida Bar No. 67558
E-mail: Jlee@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 537-8400
Facsimile: (305) 539-1307

Respectfully submitted,

/s/ Timothy J. Fiorta
Stephanie E. Parker
Florida Bar No. 0688355
John F. Yarber
Florida Bar No. 0688932
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3053
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
separker@jonesday.com
jyarber@jonesday.com

Timothy J. Fiorta
Florida Bar No. 0108549
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-7776
Facsimile: (216) 579-0212
tjfiorta@jonesday.com

*Attorneys for Defendant R.J. Reynolds Tobacco Company*

*Attorneys for Defendant Philip Morris USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/ John F. Yarber
Attorney for Defendant R.J. Reynolds Tobacco Company