# Exhibit A

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| SUZANNE MCLEOD, as personal representative of the ESTATE OF HANSELL BRYAN MALONE III,<br><br>　　　　Plaintiff,<br>vs.<br><br>R. J. REYNOLDS TOBACCO COMPANY, *et al.*,<br><br>　　　　Defendants. | Case No.: 3:09-cv-14246-WGY-HTS |

**CONSENT ORDER REGARDING ELECTRONIC EQUIPMENT**

　　Whereas, the Parties to this Consent Order Regarding Electronic Equipment believe it reasonably necessary to bring electronic equipment into the Courthouse as an exception to the Local Rules of this Court for all hearings and trial in the above-captioned case, and have agreed to the terms of this Order; accordingly, it is hereby ORDERED:

　　A. The members of the Parties trial teams, as identified below, may bring the following electronic equipment: cellular telephones, smart phones, blackberries, laptop and/or tablet computers, Wi-Fi hotspots and printers; into the courthouse for all hearings related to this case and the duration of the trial scheduled to commence in Fort Myers, FL on February 23, 2015:

Plaintiff's Trial Team:
1. Richard Heimann
2. John Spragens
3. Anthony Grant
4. Rebecca Dodd
5. Dr. Michael Hagan

Philip Morris' Trial Team:
1. Mark Heise
2. James Lee
3. Andrew Beyda
4. Carlos Garcia
5. Victoria Brickey
6. Judy Little

2

<u>R.J. Reynolds' Trial Team:</u>
1. Stephanie Parker
2. Timothy Fiorta
3. Jordon Patterson
4. Jennifer Weizenecker
5. Steve Bailey
6. Christopher McLain
7. Will Ferrell

Said cellular telephones, smart phones, and blackberries shall be kept in the "vibrate" or "silent" mode.  Laptop and/or tablet computers must also be in the "silent" or "mute" mode when in the courtroom.

    B.  All persons authorized by this Order shall present a copy of this Order to security personnel each time that person enters the courthouse with such equipment.  The equipment described above is subject to inspection at any time by the courthouse security personnel.


Dated: _____, 2015

                                               _____
                                               HONORABLE UNITED STATES
                                               DISTRICT JUDGE